1  Melissa Baloian SBN# 232602
   8050 N. Palm Ave. Suite 110
2  Fresno, CA 93711
   Telephone (559) 352-2331
3  MelissaBaloian@matianlegal.com

4

5

6  Attorney for Defendant JOSEPH CORNELL WHITFIELD,

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

13  THE UNITED STATES OF AMERICA,    ) Case No.  1:22-MJ-00147
                                     )
14                     Plaintiff,    ) **STIPULATION AND ORDER TO**
        vs.                          ) **CONTINUE PRELIMINARY HEARING.**
15                                   )
    JOSEPH CORNELL WHITFIELD,        ) Date: October 12, 2022
16                                   ) Time: 2:00 p.m.
                       Defendant.    ) Court: Hon. Sheila K. Oberto
17                                   )
                                     )
18
                              **STIPULATION**
19
       The defendant, JOSEPH CORNELL WHITFIELD, by and through his counsel, Melissa
20
   Baloian, and the United States of America, by and through its counsel, Assistant United States
21
   Attorney David Gappa, hereby stipulate as follows:
22
       1.     By previous order, this matter was set for a preliminary hearing on October 12,
23
   2022, at 2:00 p.m.
24
       2.     By this stipulation, the defendant now moves to continue the preliminary hearing
25
   until November 2, 2022, at 2:00 p.m. before Magistrate Stanley A. Boone.
26
       3.     The parties agree and stipulate, and request the Court find the following:
27

28

  a. Defense counsel was recently appointed to this matter on October 6, 2022. Defense counsel desires additional time review and research the discovery and prepare for the hearing.

  b. Defense counsel additionally requests additional time to meet with Mr. Whitfield and further review the matter with the defendant.

  c. Defense counsel has communicated with U.S. Attorney Mr. Gappa regarding these issues.

 4. Based on this matter being a supervised release violation, no exclusion of time is required under the Speedy Trial Act.

IT IS SO STIUPLATED.

Dated: October 11, 2022

        /s/ MELISSA BALOIAN
        _____
        **Melissa Baloian**
        Attorney for Defendant

Dated: October 11, 2022

        /s/ DAVID GAPPA
        _____
        **David Gappa**
        Assistant United States Attorney

---

**ORDER**

**IT IS SO ORDERED.**

Dated: 10/11/2022

        */s/ Sheila K. Oberto*
        **UNITED STATES MAGISTRATE JUDGE**