Melissa Baloian SBN# 232602
8050 N. Palm Ave. Suite 110
Fresno, CA 93711
Telephone (559) 352-2331
MelissaBaloian@matianlegal.com

Attorney for Defendant JOSEPH CORNELL WHITFIELD,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No. 1:22-MJ-00147-EPG |
| Plaintiff, | ) |
| vs. | ) Order |
| JOSEPH CORNELL WHITFIELD, | ) |
| Defendant. | ) |

## ORDER

The court has reviewed and considered the stipulation filed by the parties on November 1, 2022. Based on that, the court finds good cause to continue the matter to November 15, 2022, before the duty magistrate judge.

IT IS SO ORDERED.

Dated: __November 1, 2022__

_____
UNITED STATES MAGISTRATE JUDGE

-1-